IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION
JUL 1 4 2021
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 21-05-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| CARL MARK MADDEN, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on April 29, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Hi-Point, model JHP, .45 ACP caliber pistol (S/N X4370483).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 13th day of July, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge